IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE NUNN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-cv-121-MHT |
| | ) | (WO) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The magistrate judge entered a recommendation (Doc. #2) in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is ORDERED that the recommendation (Doc. #2) of the magistrate judge is adopted and that the petitioner's 28 U.S.C. § 2255 motion (Doc. #1) is denied without prejudice. It is further ORDERED that the motion to consider (Doc. #4) is denied.

DONE, this the 19th day of March, 2010.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE